UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | '08 MJ 2691 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Juan Antonio HERNANDEZ-Gomez, ) | Deported Alien Found in the |
| ) | United States |
| ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| ) | Bringing in Illegal Aliens Without |
| Defendant ) | Presentation |
| ) | |

FILED
08 SEP -2 AM 11: 59

The undersigned complainant, being duly sworn, states:

**COUNT 1:**

On or about **August 29, 2008** within the Southern District of California, defendant, **Juan Antonio HERNANDEZ-Gomez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

**COUNT 2:**

On or about **August 29, 2008,** within the Southern District of California, defendant **Juan Antonio HERNANDEZ-Gomez,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Rosa Isabela MEJIA-Arias, Gustavo TAPIA-Garcia, Jose ROMERO-Beltran,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF **SEPTEMBER, 2008.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan Antonio HERNANDEZ-Gomez



# PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 29, 2008, Border Patrol Agent J. McKenzie, was performing line watch duties in the Imperial Beach area of operations. At approximately 2:50 A.M. Inside Scope observed approximately nine individuals walking north in an area known as the "Old Scope Overlook". The Old Scope Overlook is approximately four miles west of the San Ysidro, California, Port of Entry and is approximately 400 hundred yards north of the United States/Mexico International Boundary Fence. Old Scope Overlook is an area notoriously used by illegal aliens to further their illegal entry into the United States.

Agent McKenzie responded to Old Scope Overlook and encountered nine individuals concealing themselves in the brush. Agent McKenzie approached the individuals and immediately identified himself as a United States Border Patrol Agent and questioned all individuals, including one later identified as the defendant **Juan Antonio HERNANDEZ-Gomez** as to their citizenship and nationality. All the individuals, including HERNANDEZ, freely admitted that they were citizens and nationals of Mexico illegally present in the United States. All individuals, including HERNANDEZ, further admitted they did not possess any immigration documentation permitting them to enter or remain in the United States legally. At approximately 3:00 A.M, Agent McKenzie arrested HERNANDEZ and the other nine individuals and subsequently had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 17, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

## DEFENDANT STATEMENT:

The defendant was advised of his Miranda rights and he was willing to make a statement without an attorney present. HERNANDEZ stated that he is from Guerrero, Mexico and was born on October 26, 1968. HERNANDEZ again freely admitted to being a citizen and national of Mexico, illegally present in the United States, not in possession of any documents that would allow him to enter or remain in the United States legally. HERNANDEZ freely admitted to being the foot guide in today's event. HERNANDEZ claimed that he is working by himself, and that he was going to get paid $300.00 USD for illegally smuggling the group. HERNANDEZ further stated that he was going to take the group to a road where they would get picked up. HERNANDEZ also stated that he used to work for a woman named "La Guera", but he has not seen her since he was caught smuggling three illegal aliens the last time. HERNANDEZ stated that, in the past, he had been successful in smuggling groups of illegal aliens all by himself, charging $200.00 USD for every undocumented alien that he smuggled. Each time he brought approximately three aliens, earning $600.00 USD. On his successful attempts HERNANDEZ stated that he would take the groups to a clothing store in San Ysidro, California, and from there he would return to Tijuana, Mexico.

CONTINUATION OF COMPLAINT:
Juan Antonio HERNANDEZ-Gomez

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Rosa Isabela MEJIA-Arias, Gustavo TAPIA-Garcia,** and **Jose ROMERO-Beltran,** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay approximately $2,000.00 to $2,500.00 U.S. dollars to be smuggled into the United States. All material witnesses were able to positively identify the defendant **Juan Antonio HERNANDEZ-Gomez** as the foot-guide in a photographic line-up.

**Executed on August 30, 2008 at 9:30 A.M.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 29, 2008**, in violation of Title 8, United States Code, Section 1326.

Leo S. Papas
United States Magistrate Judge

8/30/08 - 11:36AM
Date/Time